UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

My Pillow, Inc., DBA MyPillow,

    Plaintiff,

v.

US Dominion, Inc., et al.,

    Defendants.

Case No. 21-cv-1015 (PJS-DTS)

**ORDER**

---

Before the Court is Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 8). Plaintiff consents to an extension of time within which to answer or otherwise respond to the Complaint, up to and including June 21, 2021.

**IT IS HEREBY ORDERED;** the motion is **GRANTED** and the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to and including June 21, 2021.

Dated: May 10, 2021

        s/David T. Schultz
    DAVID T. SCHULTZ
    U.S. Magistrate Judge