UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

My Pillow, Inc., DBA MyPillow,

              Plaintiff,

      v.

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

              Defendants.

Case No. 21-cv-01015-PJS-DTS

**DEFENDANTS' MOTION TO STAY, OR IN THE ALTERNATIVE, TO
EXTEND THE RESPONSE DEADLINE**

Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion

Voting Systems Corporation (collectively, "Defendants"), through their respective

counsel, move this Court to enter a stay of this case until a ruling is issued in the D.C.

Action on My Pillow's and Lindell's motions to dismiss or transfer, with the parties being

required to provide the Court with a status report on the D.C. Action every 120 days.[1]

Dominion also requests that the Court set the deadline for Dominion's response to My

---

[1] By seeking to stay the case or extend deadlines pending motions being determined
in the D.C. Action, Dominion does not waive and expressly preserves its defenses under
Federal Rule of Civil Procedure 12(b), including the lack of personal jurisdiction and
improper venue. *See, e.g., Murphy v. Labor Source, LLC*, Case No. 19-cv-1929, 2020 WL
3633234, at *11 (D. Minn. Mar. 12, 2020); *see also Gerber v. Riordan*, 649 F.3d 514, 519
(6th Cir. 2011); *Lane v. XYZ Venture Partners, L.L.C.*, 332 F. App'x 675, 678 (11th Cir.
2009); *PaineWebber Inc. v. Chase Manhattan Private Bank (Switzerland)*, 260 F.3d 453,
461 (5th Cir. 2001); *Ciolli v. Iravani*, 625 F. Supp. 2d 276, 291 (E.D. Pa. 2009).

US.133319232.01

Pillow's complaint to 30 days after the stay is lifted. In the alternative, Dominion asks the Court to at least extend the deadline to answer or otherwise respond to My Pillow's complaint to 30 days after the Court issues its order on the present motion.

As set forth in more detail in Defendants' Memorandum in Support of their Motion to Stay or, in the Alternative, to Extend the Response Deadline, good cause exists to grant this Motion, as a stay in this action pending resolution of My Pillow's motion to dismiss in the D.C. Action would preserve judicial resources, allow the Court to control its docket in light of a related case filed yesterday in the District of Minnesota by My Pillow's owner, and ensure the just disposition of the two Minnesota actions. This Motion is supported by the accompanying Memorandum in Support of Defendants' Motion to Stay or, in the Alternative, to Extend the Response Deadline, along with all the files, records, and proceedings herein.

US.133319232.01

Dated:  June 4, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ John W. Ursu*

John W. Ursu (#032257)
Deborah A. Ellingboe (#026216)
Jeffrey P. Justman (#0390413)
Erica Abshez Moran (#0400606)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.ursu@faegredrinker.com
debbie.ellingboe@faegredrinker.com
jeff.justman@faegredrinker.com
erica.moran@faegredrinker.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

Of Counsel:

Justin A. Nelson (pro hac application filed)
Laranda M. Walker (pro hac application filed)
Jonathan J. Ross (pro hac application filed)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (pro hac application filed)
Elisha Barron (pro hac application filed)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor

3

US.133319232.01

New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com


Davida Brook (pro hac application filed)
Brittany Fowler (pro hac application filed)
Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com


Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

US.133319232.01