UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, <br><br> Plaintiff, <br><br> v. <br><br> US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Defendants. | Case No. 21-cv-01015-PJS-DTS |

## LOCAL RULE 7.1 COMPLIANCE CERTIFICATE

I, John W. Ursu, hereby certify that **Defendants' Memorandum in Support of their Motion to Stay or, in the Alternative, to Extend the Response Deadline** complies with Local Rule 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used I used Microsoft® Office Word 365 ProPlus, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 1,770 words, exclusive of the caption and signature block.

Dated:  June 4, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ John W. Ursu*

        John W. Ursu (#032257)
        Deborah A. Ellingboe (#026216)
        Jeffrey P. Justman (#0390413)
        Erica Abshez Moran (#0400606)
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        Telephone: (612) 766-7000
        Fax: (612) 766-1600
        john.ursu@faegredrinker.com
        debbie.ellingboe@faegredrinker.com
        jeff.justman@faegredrinker.com
        erica.moran@faegredrinker.com

        ***Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation***

Of Counsel:

Justin A. Nelson (pro hac application filed)
Laranda M. Walker (pro hac application filed)
Jonathan J. Ross (pro hac application filed)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com


Stephen Shackelford, Jr. (pro hac application filed)
Elisha Barron (pro hac application filed)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (pro hac application filed)
Brittany Fowler (pro hac application filed)
Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com


Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com