## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Defendants. | Case No. 21-cv-01015-PJS-DTS |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY OR, IN THE ALTERNATIVE, EXTEND THE RESPONSE DEADLINE

Before the Court is Defendants' Motion to Stay or, in the Alternative, Extend the Response Deadline ("Motion").

It appears to the Court that the time allowed for answering or otherwise responding to the Complaint has not expired, that good cause has been shown for a stay of these proceedings, and that the Motion should be allowed.

Therefore, it is ORDERED that the Motion is GRANTED. This matter and Defendants' deadline to answer or respond to Plaintiff's complaint is hereby stayed until a ruling is issued in the D.C. Action on My Pillow's and Lindell's motions to dismiss or transfer, with the parties being required to provide the Court with a status report on the D.C. Action every 120 days. Defendants' response to Plaintiff's complaint shall be due 30 days after the stay is lifted.

1

This the \_\_\_ day of June, 2021.

_____
The Honorable David T. Schultz
United States Magistrate Judge