UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

My Pillow, Inc., DBA MyPillow,

        Plaintiff,

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

        Defendants.

Case No. 21-cv-01015-PJS-DTS

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED HEARING

Before the Court is Defendants' Motion for Expedited Hearing on Defendants' Motion to Stay or, in the Alternative, Extend the Response Deadline ("Motion").

It appears to the Court that good cause exists to expedite the hearing on Defendants' motion.

It is therefore, ORDERED that the Motion is GRANTED. The Court will hear Defendants' Motion to Stay or, in the Alternative, Extend the Response Deadline on _____, which is as early as is practicable before the current hearing date of June 18, 2021.

This the ___ day of June, 2021.

                                                              _____

2

The Honorable David T. Schultz
United States Magistrate Judge