

**John W. Ursu**
Partner
john.ursu@faegredrinker.com
612-766-8164 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota  55402
+1 612 766 7000 main
+1 612 766 1600 fax

**VIA CM/ECF**

June 8, 2021

The Honorable David T. Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
schultz_chambers@mnd.uscourts.gov

RE:     My Pillow, Inc. v. US Dominion, Inc., Case No. 21-cv-01015-PJS-DTS

Judge Schultz:

We represent Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion").

On June 4, 2021, Dominion filed a Motion to Stay, or in the Alternative, to Extend the Response Deadline ("Motion to Stay") (Doc. No. 22) and a Motion to Expedite (Doc. No. 27) the hearing on that motion.  The Motion to Stay asks the Court to, in the interest of judicial economy, stay this case, or at a minimum extend the deadline for Dominion to respond to My Pillow's complaint, until the U.S. District Court for the District of Columbia rules on the pending motions to dismiss filed by My Pillow and its founder and CEO, Michael J. Lindell.

I write to advise the Court that, yesterday afternoon, the D.C. court set a hearing on the motions to dismiss for **June 24, 2021**.  A copy of the minute order setting the hearing date is attached as Exhibit A.

Very truly yours,

John W. Ursu

c:	All Counsel of Record