

**John W. Ursu**
Partner
john.ursu@faegredrinker.com
612-766-8164 direct

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota  55402
+1 612 766 7000 main
+1 612 766 1600 fax

faegredrinker.com

**VIA CM/ECF**

August 12, 2021

The Honorable Patrick J. Schiltz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
schiltz_chambers@mnd.uscourts.gov

> RE:   *My Pillow v. Dominion*, 0:21-cv-01015-PJS-DTS; *Lindell v. US Dominion, Inc., et al.*, Case No. 0:21-cv-01332-PJS-DTS

Judge Schiltz:

I write on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and US Dominion, Inc. ("Dominion").  On July 6 and 7, 2021, the Court issued orders staying the above-captioned cases.  *See My Pillow v. Dominion*, 0:21-cv-01015-PJS-DTS (D. Minn. July 6, 2021) (Doc. No. 49); *Lindell v. Dominion, et al.*, 0:21-cv-01332-PJS-DTS (D. Minn. July 7, 2021) (Doc. No. 19). In staying the cases, the Court ordered:

> No later than seven days after a decision has been rendered on the pending motions in the D.C. action, Dominion must file a letter informing the Court of the decision and attaching a copy of the order disposing of the motions. The Court will then promptly schedule a status conference or schedule a hearing date on Dominion's anticipated motions and issue a briefing schedule.

*My Pillow*, 0:21-cv-01015, Doc. No. 49 at 2; *Lindell*, 0:21-cv-01332, Doc. No. 19 at 2.

On August 11, 2021, Judge Nichols of the U.S. District Court for the District of Columbia issued an order denying My Pillow and Lindell's motions to dismiss or transfer in their entirety. *US Dominion, Inc., et al. v. My Pillow Inc., et al.*, 1:21-cv-00445-CJN (August 11, 2021) (Doc. Nos. 53 & 54).  Judge Nichols' Order and Memorandum Opinion are attached as Exhibits A & B.

Dominion believes a status conference with the Court would be helpful and can be available to participate anytime on August 16 or afterwards.

-2-

Very truly yours,

John W. Ursu

c:   All Counsel of Record