# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

    *Plaintiffs*,

v.

SIDNEY POWELL, et al.,

    *Defendants*.

Civil Action No. 1:21-cv-00040 (CJN)

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 22, is **DENIED**.

DATE: August 11, 2021

CARL J. NICHOLS
United States District Judge